AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF    NEVADA

IGOR SUTYAGIN,
JONATHAN LEE RICHES,

      Plaintiff,

V.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:10-CV-00440-LRH-RAM**

SALIM AHMED HAMDAN, et al.,

      Defendants.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is DISMISSED WITHOUT PREJUDICE for the failure of Plaintiff to comply with this court's order to pay the filing fee.

| 11/3/2010 | **LANCE S. WILSON** |
|---|---|
| | Clerk |

      /s/ P. McDonald
      Deputy Clerk